5372

FILED - USDC -NH
2021 APR 20 AM 11:39

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Robert Varney, as an INDIVIDUAL,   et al

Case No. 21-cv-308

SUPPLEMENT  EVIDENCE

1. Please find enclosed evidence to be  attached to  this case,  a very important document  to by the NCIC stating  that .... NO WARRANT....was  issued by Varney in my 2003 arrest,   yet Varney allowed the police to prosecute me for an alledged violation of a CIVIL  RESTRAINING ORDER IN EQUITY when he knew  the police have no authority to prosecute civil matters.

2. A very big issue against Varney is that  he knew he did not issue a warrant and he knew that I should never have been imprisoned for an alleged violation of the CIVIL RESTRAINING ORDER IN EQUITY,  issued by the Superior Court,  yet Varney asked the police at the ARRAIGNMENT if they..............."WANTED TO KEEP ME IN JAIL UNTIL THE TRIAL".   He is going to be sued big time for damages ,   for all the injuries he did to me KNOWINGLY,   and with the INTENT to HARM ME.

1

3. He is not being sued as a judge in his official status, as he had NO JURISDICTION to hear an alledged violation of the Superior Court's CIVIL RESTRAINING ORDER IN EQUITY, he was trespassing the law when he allowed the police to prosecute me for a RESTRAINING ORDER he was very familiar with, which he knew was a CIVIL ORDER and not a CRIMINAL STALKING ORDER. He knew very well it was civil order, not a CRIMINAL ORDER, regarding property rights, as he himself knew he had no jurisdiction to hear the case when it was initially presented in the District Court, so he transferred the case to the Superior Court. And there is evidence in the files that Judge O'Neill who issued the ORDER made it clear it was NOT A CRIMINAL STALKING ORDER.

Respectfully,

Josephine Amatucci

April 19, 2021

*Josephine Amatucci*

rt109@metrocast.net
___

From: "DOS: NCIC" <NCIC@dos.nh.gov>
Date: Thursday, April 08, 2021 3:39 PM
To: <rt109@metrocast.net>
Subject: RE: 2003 warrant

Ma'am,

I apologize for the color of the text. The system is setup to designate different colored responses to differentiate between replies.

I searched the NCIC database on 4/7/2021 at 1:41PM, and NO warrants were found.

Thank you for your understanding. Please let me know if you need any further assistance. Thank you!


From: rt109@metrocast.net <rt109@metrocast.net>
Sent: Thursday, April 8, 2021 1:44 PM
To: DOS: NCIC <NCIC@dos.nh.gov>
Subject: Re: 2003 warrant

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

HELLooooo you wrote the information about NO WARRANTS in light typed letters, did you do this so that I cannot download this information. I need this information to defend myself, so could you clearly type in DARK LETTERING, AS DONE IN YOUR GOOD MORNING PARAGRAPH, the words, "I've searched the NCIC data base and NO WARRANTS WERE FOUND". I need to download this information, and unless you print it in dark letters you know I cannot download this information, so please retype the statement that no warrants were found in the NCIC data base in dark lettering. Thankyou


From:
Sent: Wednesday, April 07, 2021 1:41 PM
To:
Subject: RE: 2003 warrant


From:                    <                    >
Sent: Tuesday, April 6, 2021 10:47 AM
To: DOS: NCIC <                >
Subject: Re: 2003 warrant

FROM: Josephine Amaiucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
19 APR 2021 PM 3 L



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135