5374

FILED - USDC -NH
2021 APR 23 AM 11:21

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Robert Varney, Steven McAuliffe,

Landya McCafferty

CASE 21-CV-308

SUPPLEMENT EVIDENCE

1. Please file this evidence in the above Complaint, as it shows that the defendants above knew that the former police officer Charles Hamilton was LYING and was not a credible person when he stated that he saw a cinder block on top of the wheel well of the car, that I placed there, which he claimed caused the damage to Ms. Fitzgerald's car, when the defendants knew athat the truth was in evidence of a signed under oath document by Ms. Fitzgerald's insurance company Hanover Insurance, that the Plaintiff's version of events was the truth, that the car smashed into a cinder block that was covering an iron rod where she was going to install a mailbox.

2. That the defendants saw this evidence, that the car sustained damages to plastic covering of the front fender, that the bumper cover had to be replaced, that the hood of the car was damaged, that the metal tire had to be replace, all indicative of a car slamming into the cinder block.

1

2

5374

FILED - USDC -NH
2021 APR 23 AM 11:21

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Robert Varney, Steven McAuliffe,

Landya McCafferty

CASE 21-CV-308

SUPPLEMENT EVIDENCE

1.  Please file this evidence in the above Complaint, as it shows that the defendants above knew that the former police officer Charles Hamilton was LYING and was not a credible person when he stated that he saw a cinder block on top of the wheel well of the car, that I placed there, which he claimed caused the damage to Ms. Fitzgerald's car, when the defendants knew athat the truth was in evidence of a signed under oath document by Ms. Fitzgerald's insurance company Hanover Insurance, that the Plaintiff's version of events was the truth, that the car smashed into a cinder block that was covering an iron rod where she was going to install a mailbox.

2.  That the defendants saw this evidence, that the car sustained damages to plastic covering of the front fender, that the bumper cover had to be replaced, that the hood of the car was damaged, that the metal tire had to be replace, all indicative of a car slamming into the cinder block.

1

3. That therefore from this evidence they all knew that Hamilton was not credible, that he was lying when he stated I committed an Assault on Ms. Fitzgerald. Where especially the defendants knew no witness of the event filed a formal Complaint against the Plaintiff for an Assault, and no-one showed up for the trial.

Respectfully,

Josephine Amatucci

April 20, 2021

*Josephine Amatucci*

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

June 19, 2008

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

Dear Ms. Amatucci:

In re: Civil No. 05-cv-259-SM, Amatucci v. Hamilton, et al

    Since we are not required to maintain copies of discovery material (Fed. R. Civ. P. 5(d)) and since this case is closed, we are returning the following material to you for safekeeping.

    Huggins Hospital Emergency Department Note dated 2/18/03-2/19/2003
    MGH Healthcare Center medical records dated 1/29/1997
    Hanover Insurance Group records dated 1/31/2002

    Should the need arise, the court will ask that they be resubmitted.

Very truly yours,

James R. Starr, Clerk

By: */s/ Vincent L. Negron*
    Vincent L. Negron
    Deputy Clerk

Enclosures

cc:    R. Matthew Cairns, Esq.
       Lisa Lee, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Josephine Amatucci, <br><br> Plaintiff, <br><br> v. <br><br> Officer Charles Hamilton <br> Officer James O'Brien, <br><br> Defendants. | Case No.: 1:05-cv-259 |

## OBJECTION TO PLAINTIFF'S MOTION TO ALLOW HANOVER INSURANCE PHOTOGRAPH AND DATA AS EVIDENCE AND NOT HEARSAY

NOW COME Defendants, through their counsel, Ransmeier & Spellman Professional Corporation, and object to Plaintiff's Motion to Allow Hanover Insurance Photograph and Data as Evidence and Not Hearsay, and in support say:

1. Although it is not clear from the motion, plaintiff appears to be asking the Court to issue a ruling in limine on the admissibility of certain photographs and incident reports she received from Hanover Insurance Company through a subpoena this Court issued. The documents plaintiff would like to introduce purport to show the condition of Kelly Fitzgerald's car on October 30, 2002, when she reported the damage to her insurance carrier.

MOTION TO ADD

Josephine Amatucci
      v.                        Civil No. 05-CV-259
Charles Hamilton


Now comes Plaintiff Josephine Amatucci begging the court to file the attached Letters and documents, as additional allegations to the Complaint by Josephine Amatucci.

A copy of the estimate of damages done to Kelly Fitzgeralds' car which amounted To $3,355.25 as stated by Hanover Insurance. Ms. Fitzgerald told the Insurance Company she moved the car a couple of feet when a block damaged her car. Accoarding to the estimate of damages, and my conversation with Stephanie Langvin, A supervisor in the claims department, the plastic covering on the front fender had to Be replaced, that is the bumper cover had to be replaced. The hood of the car was Damaged. The metal tire had to be replaced. These damages are all indicative of a car slamming into a cinder block. The car kept slamming into the block because the young Boy who was behind the wheel of the car evidently didn't know how to back up the car, to avoid going into the block again and again, so he kept on pressing on the gas pedal, The wheel propelling, and finally shattering the block, which was on the ground covering An iron rod. The piece of cinderblock over the wheel was somewhat irrelevat to the Accident. It was the other damages that were relevant. These are the damages that Defendant Hamilton clearly saw when he arrived at the scene, he saw a car that had Slammed into a cinder block, which was on the ground, covering a metal iron rod. The scene spoke for itself.

Also, please include a report by Robert I. Simon, M.D. which was published in "The Psychological and Legal Aftermath of False Arrest and Imprisonment." It illustrates The psycological trauma associated with false arrest and imprisonment.

Count 9 – Intentional Infliction of Emotional Distress

Count 10 – Negligent Infliction of Emotional Distress

Respectfully Submitted

April 10, 2006

Josephine Amatucci

AT 07:12 PM                                                    03-173515-01-001

                              AMERICA FINANCIAL
                              HANOVER INSURANCE
                            THE CERTIFIED ESTIMATE
                              440 NORTH PARKWAY
                                 PO BOX 15145
                           WORCESTER, MA 01615-0081
                         (800)628-0X8685  FAX: (781)436-5298

                               ESTIMATE OF RECORD

           WRITTEN BY: J.LAWRENCE MURPHY #10205 10/31/2002 12:41 PM
                  ADJUSTER: MALLORY BAKER #  *REVISED CLAIM - PER STATEMENTS*

INSURED: KELLY FITZGERALD              CLAIM #03-173515-01-001
 OWNER: KELLY FITZGERALD               POLICY #AON 4986821
ADDRESS: 17 AVON STREET                DATE OF LOSS: 08/16/2002
         REVERE, MA 02151              TYPE OF LOSS: COLLISION
 OTHER: (781)284-8708              POINT OF IMPACT: 1.  RIGHT FRONT
   DAY: (000)000-0000X0001

INSPECT  DANILCHUK AUTO BODY                   DAY: (617)569-8869
LOCATION: 73 ADDISON ST                     OTHER:
          E BOSTON, MA 02128

 REPAIR  DANILCHUK AUTO BODY              BUSINESS: (617)569-8869
FACILITY: 73 ADDISON ST                   7 DAYS TO REPAIR
          EAST BOSTON, MA 02128           LICENSE # RS 2060

00 CHEV IMPALA LS 6-3.8L-FI 4D 4ED SILVER MET INT:
V: 2G1WH55K6Y9379669 LIC: 738 XK     MA PROD DATE:      ODOMETER: 25092
 R CONDITIONING              REAR DEFOGGER             TILT WHEEL
 CRUISE CONTROL              INTERMITTENT WIPERS       KEYLESS ENTRY
 TINTED GLASS                BODY SIDE MOLDINGS        BUMPER CUSHIONS
 DUAL MIRRORS                ROOF CONSOLE              ELECTRIC GLASS SUNROOF
 TRACTION CONTROL            FOG LAMPS                 REAR SPOILER
 CLEAR COAT PAINT            METALLIC PAINT            POWER STEERING
 POWER BRAKES                POWER WINDOWS             POWER LOCKS
 POWER DRIVER SEAT           POWER MIRRORS             AM RADIO
 FM RADIO                    STEREO                    CASSETTE
 SEARCH/SEEK                 EQUALIZER                 ANTI-LOCK BRAKES (4)
 DRIVER AIR BAG              PASSENGER AIR BAG         4 WHEEL DISC BRAKES
 LEATHER SEATS               HEATED SEATS              AUTOMATIC TRANSMISSION
 OVERDRIVE                   ALUMINUM/ALLOY WHEELS

-------------------------------------------------------------------------------
NO.    OP.        DESCRIPTION              QTY EXT. PRICE  LABOR   PAINT
-------------------------------------------------------------------------------
 1                FRONT BUMPER
 2        REPL    BUMPER COVER IMPALA LS     1    352.68    1.5     2.8    Ref
 3                ADD FOR CLEAR COAT                                1.1
 4        REPL    MOLDING                    1     90.00
 5                HOOD
 6*       RPR     HOOD                                      1.0*    3.0
 7                ADD FOR CLEAR COAT                                1.2

                                     1

```
                                                                    ⓦ004
 RN

 11/01/2002 AT 11:49 AM          ... SUMMARY         03-173515-01-001

  ADJUSTER: MALLORY BAKER,            CLAIM #: 03-173515-01-001
  APPRAISER: MURPHY, J.LAWRENCE       POLICY #: ACV 4986821
             +10205

 INSURED: FITZGERALD, KELLY                     LOSS TYPE: COLLISION
  OWNER: FITZGERALD, KELLY                      OTHER: (781)284-8706
 ADDRESS: 17 AVON STREET                        DAY:   (000)000-0000X0001
          REVERE, MA 02151

 VEHICLE: 2000 CHEV IMPALA LS 6-... -FI 4D SED
 VIN: 2G1WH55K6Y937966.  ODOMETER: ! 092   COLOR: SILVER   LICENSE: 7385NX MA
 DRIVEABLE: YES    PRIMARY IMPACT ...INT: 1.  RIGHT FRONT
```

```
                                  PLACE OF INSPECTION:

                                  DANILCHUK AUTO BODY
                                  73 ADDISON ST
                                  E BOSTON, MA 02128
```

| ESTIMATE TO REPAIR | | TOTAL LOSS VALUATION | |
|---|---|---|---|
| ESTIMATE | $ ?,??1.84 | VEHICLE VALUATION | $ 0.00 |
| PRE-TAX SUBTOTAL | $ ?,??1.84 | PRE-TAX SUBTOTAL | $ 0.00 |
| TAX | ?3.4? | TAX | 0.00 |
| AFTER-TAX SUBTOTAL | $ ?,??5.25 | AFTER-TAX SUBTOTAL | $ 0.00 |
| BETTERMENT | 0.00 | | |
| DEDUCTIBLE | ??0.00 | DEDUCTIBLE | 500.00 |
| APPEARANCE ALLOWANCE | 0.00 | | |
| 0% NEGLIGENCE | 0.00 | 0% NEGLIGENCE | 0.00 |
| CALCULATED NET LOSS | $ ?,??5.25 | CALCULATED NET LOSS | $ -500.00 |
| LKQ PARTS NOT INCLUDED | | VALUATION REQUEST # | |
| A/M PARTS NOT INCLUDED | | | |

```
SETTLEMENT
SETTLEMENT TYPE: REPAIRABLE
NEGOTIATED SETTLEMENT: $2,855.25  N  WITH
SETTLEMENT OUTSTANDING: $2,855.2?

COMMENTS
ISSUED APPRAISAL NO PAYMENT PER ...STRUCTIONS
RS RATE LETTER SENT WITH APP COP... TO INSURED
RENTAL SEVEN DAYS
DRIVEABLE
VEHICLE IS IN LIKE NEW CONDITION ...ACTORY BUMPER WRITTEN
```

1