From: Josephine Amatucci
P.P. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

MANCHESTER NH 030
4 MAY 2021 PM 3 L

03301-394135