UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                                      Case No. 21-cv-308-JL

Robert Varney, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 2, 2021.

**SO ORDERED.**

                                                             _____
                                                             Joseph N. Laplante
                                                            United States District Judge

Date: August 11, 2021

cc:   Josephine Amatucci, pro se